**Opinion filed May 21, 2009**



In The

# Eleventh Court of Appeals

———————

## No. 11-09-00133-CV

———————

## KEITH RUSSELL JUDD, Appellant

## V.

## KAREN Y. COREY-STEELE, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-105,220**

### M E M O R A N D U M   O P I N I O N

On April 30, 2009, the clerk of this court wrote the parties stating that it appeared this court did not have jurisdiction over this appeal and directing Keith Russell Judd to respond showing grounds for continuing the appeal. Judd has responded contending that he filed in the trial court on April 14, 2009, a motion asking the trial court to vacate its 1998 family violence order, that his motion will be deemed denied after thirty days, and that this appeal will be effective on May 14, 2009.

Judd has failed to invoke the jurisdiction of this court. The appeal is dismissed for want of jurisdiction.

PER CURIAM

May 21, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.